No. —, Original. *Ex parte:* IN THE MATTER OF EXPORTERS OF MANUFACTURERS' PRODUCTS, INC., PETITIONER. Submitted May 2, 1921. Decided May 16, 1921. Motion for leave to file petition for a writ of mandamus and/or a writ of prohibition herein denied. *Mr. Henry M. Ward* for petitioner.

---

No. —, Original. *Ex parte:* IN THE MATTER OF C. C. HARTWELL COMPANY, LIMITED, ET AL., PETITIONERS. Submitted May 2, 1921. Decided May 16, 1921. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. William B. Grant* for petitioners.

---

No. —, Original. *Ex parte:* IN THE MATTER OF D. H. RIDDLE, PETITIONER. Submitted May 2, 1921. Decided May 16, 1921. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Benjamin Carter* for petitioner.